IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN M. TIBON,

    Petitioner,                    No. CIV S-05-2449 GEB GGH P

    vs.

DEBORAH JACQUEZ, Warden, et al.,

    Respondents.               ORDER

_____/

        On February 15, 2006, the parties submitted a joint scheduling report. Good cause appearing, the court makes the following ORDERS:

        1. On or before May 15, 2006, petitioner shall file either a statement indicating that she will stand on the existing petition and supplemental points and authorities, if any; an amended petition containing exhausted claims; or a statement which identifies exhausted and unexhausted claims and a request to hold this action in abeyance pending exhaustion;

        2. Respondent shall file a response to petitioner's pleading within thirty days thereafter; petitioner may file a reply within thirty days thereafter.

DATED: 3/1/06

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS

tib2449.sch                        UNITED STATES MAGISTRATE JUDGE