IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN M. TIBON,

    Petitioner,                  No. CIV S-05-2449 GEB GGH P

    vs.

DEBORAH JACQUEZ,

    Respondent.                ORDER

_____/

        On April 25, 2006, petitioner filed an amended petition. Pursuant to the order filed March 2, 2006, respondent's response to the amended petition was due within thirty days. Thirty days passed and respondent did not file a response to the amended petition.

        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent shall show cause for her failure to file a response to the amended petition.

DATED: 7/11/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
tib2449.ord

1