IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN M. TIBON,

        Petitioner,             No. CIV S-05-2449 GEB GGH P

    vs.

DEBORAH JACQUEZ,

        Respondent.      ORDER

_____/

        Petitioner has filed an unopposed request for an extension of time to file a reply.
Good cause appearing, IT IS HEREBY ORDERED that petitioner's reply is due on or before
October 20, 2006.

DATED:  8/29/06                /s/ Gregory G. Hollows

                         _____
                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

ggh:kj
tib2449.eot

1