**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN M. TIBON,<br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>DEBORAH JACQUEZ, Warden, et al.,<br><br>　　　　　　　　Defendants.<br>_____/ | Case No. CIV S-05-2449 GEB GGH P<br><br>**ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**<br><br>Department: Magistrate Judge Hollows |

Petitioner's request for an extension of time to file her opposition to the Magistrate's Findings and Recommendation is granted, and the opposition is due January 31, 2008.

Dated:  01/08/08

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Magistrate Judge Hollows

tib2449.eot