1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HELEN M. TIBON,

11              Petitioner,                    2:05-cv-2449-GEB-GGH-P

12       vs.

13   DEBORAH JACQUEZ,

14              Respondents.            ORDER

15   _____/

16          Petitioner, a state prisoner proceeding through counsel, has filed this application

17   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On December 11, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 11, 2007, are adopted in full; and

2.  Petitioner's application for a writ of habeas corpus is denied.

Dated:  February 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2