IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN M. TIBON,

                    Petitioner,                    No. CIV S-05-2449 GEB GGH P

        vs.

DEBORAH JACQUEZ,

                    Respondent.                    ORDER
_____/

        On April 1, 2008, petitioner filed a notice of appeal of this court's March 3, 2008, denial of her application for a writ of habeas corpus.  Petitioner did not file a request for a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall file a request for a certificate of appealability.

DATED: 04/15/08

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE  JUDGE

tibon.ord

1